UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PANIGHETTI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELLO,<br><br>　　　　Respondent. | No. 2:19-cv-00015 GGH P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis, ECF No. 10, is granted; and

2. Petitioner's motion to proceed in forma pauperis, ECF No. 8, is denied as duplicative.

Dated: February 6, 2019

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE