IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESLEY PANIGHETTI,** | 2:19-cv-00015-MCE-GGH |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **J. GASTELLO,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional thirty (30) days, to and including June 3, 2019, to file a reply to Petitioner's opposition to motion to dismiss.

Dated: May 9, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE
