UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PANIGHETTI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELLO,<br><br>　　　　Respondent. | No. 2:19-cv-00015 MCE GGH P<br><br><br>ORDER |

Petitioner has filed a "motion to file supplemental briefing" seeking to introduce "newly discovered legal authority supporting" petitioner's claims. ECF No. 25. However, petitioner provides case law pertaining to 42 U.S.C. § 1983 actions which are inapplicable in a federal habeas petition. Accordingly, petitioner's motion for leave to file supplemental briefing (ECF No. 25) in support of his federal habeas petition is DENIED.

IT IS SO ORDERED.

Dated: June 5, 2019

　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE