UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY PANIGHETTI,<br><br>    Petitioner,<br><br>  v.<br><br>J. GASTELLO,<br><br>    Respondent. | No. 2:19-cv-00015 MCE GGH P<br><br><br>ORDER |

   Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus. On May 28, 2019, petitioner filed a motion for discovery. ECF No. 26. Discovery is available in habeas proceedings pursuant to Rule 6 of the Rules Governing § 2254 Cases. Although "[a] habeas petitioner, unlike the usual civil litigant in federal court, is not entitled to discovery as a matter of ordinary course," a court may grant discovery in its discretion and upon a showing of good cause. <u>Bracy v. Gramley</u>, 520 U.S. 899, 904 (1997). Here, petitioner has failed to make a showing of good cause. Moreover, until it is established that petitioner is entitled to

////
////
////
////
////

produce evidence outside the record in this AEDPA case, no discovery will be permitted.  See Lewis v. Ayers, No. CIV 02-13 KJM GGH DP, 2011 WL 2260784 (E.D. Cal. June 7, 2011).

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for discovery (ECF No. 26) is DENIED.

Dated: June 10, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE